PEOPLE v CARTER. (Docket No. 64583.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, *Edward J. Grant,* Prosecuting Attorney, and *Bruce A. Barton,* Special Prosecuting Attorney, for the people. State Appellate Defender, *Norris J. Thomas, Jr.,* Chief Deputy Defender, for defendant-appellant. Reported at 415 Mich 558.

PEOPLE v DAVID LYTAL. (Docket No. 64936.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, *Robert L. Kaczmarek,* Prosecuting Attorney, and *Patrick M. Meter,* Chief Assistant Prosecuting Attorney, for the people. State Appellate Defender, *Peter Jon Van Hoek,* Assistant Defender, for defendant-appellant. Reported at 415 Mich 603.

FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF FLINT v CITY OF FLINT. (Docket No. 66947.) Rehearing denied. *Michael D. McAra* for respondent-appellee. *Neithercut, Klapp, Shegos & Dillard* for petitioner-appellant. Reported at 415 Mich 702.

SALVATI v DEPARTMENT OF STATE HIGHWAYS. (Docket No. 64143.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, and *Carl K. Carlsen* and *Thomas J. Killen, Jr.,* Assistants Attorney General, for defendant-appellant. Reported at 415 Mich 708.

PEOPLE v ARENDA. (Docket Nos. 65578, 65579.) Rehearing denied. State Appellate Defender, *Stuart B. Lev,* Assistant Defender, for defendant-appellee. Reported at 416 Mich 1.

CAVANAGH and KAVANAGH, JJ., would grant rehearing.

GREAT LAKES STEEL DIVISION OF NATIONAL STEEL CORPORATION v PUBLIC SERVICE COMMISSION. (Docket Nos. 64528, 64529.) Rehearing denied. *Hill, Lewis, Adams, Goodrich & Tait* for Great Lakes Steel. *Albert J. Thorburn* for Michigan Energy Users Group. *John M. Veale (Otis M. Smith,* of counsel) for General Motors Corporation. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, and *Don L. Keskey,* Assistant Attorney General, for the Public Service Commission. *Leon S. Cohan* and *David L. Clark* for intervening defendant-appellant The Detroit Edison Company. Reported at 416 Mich 166.